UNITED STATES federal court
THE STATE of Texas
DALLAS, County

Residents
905 Grady LN
DALLAS, Texas
75217
  vs
melvin
SAME mailing Address

3-22CV1668-C

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 1 2022
CLERK, U.S. DISTRICT COURT
By ___MS___
Deputy

Complaint

I Dennis Clay Shapless THE Complaint IN MATTer

FACTS

IT Seemes LIke THE other Residents THAT Helps me out AS I LOST my wallet AND HAVE No other means of buy Smokeing, THAT THE A CUSS GIve THEN more Hard TImes SEND me An copy Encase I Need To Submit Secound complaint, Because MATTER Get woRST!

Complainter
Dennis Clay Shapless
today July 25, 2023

Dennis C Shokhoslem
905 F Gladys
Dallas, Texas 75217

UNITED STATES COURTHOUSE
1100 Commerce 16th Floor
Dallas, Texas 75203

NORTH TEXAS TX P&DC
DALLAS TX 750
AUG 1 2022 PM 4 L